UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| VICTOR GONZALEZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:17-cv-252 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF HAMMOND, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the court on the Unopposed Motion for Extension of Time to Respond to Written Discovery [DE 18] filed by the defendant, City of Hammond, on November 20, 2017. In light of the parties' agreement, the motion is **GRANTED**. City of Hammond has up to and including November 27, 2017, to respond to the plaintiff's First Request for Production of Documents to Defendant and First Set of Interrogatories to Defendant.

ENTERED this 21st day of November, 2017.

/s/ Andrew P. Rodovich
United States Magistrate Judge